Dixon Gardner, SBN 213119
dgardner@madisonlawapc.com
**MADISON HARBOR, ALC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Creditor Veros Credit, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>LORENA MEJIA,<br><br>    Debtor.<br>_____<br><br>VEROS CREDIT, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>v.<br><br>LORENA MEJIA, an individual and the Debtor herein; and Does 1 – 20;<br><br>    Defendants. | Case No.: 17-50985 SLJ 7<br><br>Chapter 7<br><br>Adv. Proc. No.17-05063<br><br>Assigned to Hon. Stephen L. Johnson<br><br>**NOTICE OF MOTION AND MOTION TO IMPOSE ENTRY OF JUDGMENT AGAINST DEFENDANT FOR FAILURE TO APPEAR AT STATUS CONFERENCE UNDER FEDERAL BANKRUTPCY RULE OF PROCEDURE 7016(b) AND LOCAL BANKRUPTCY RULE 7016-1**<br><br>Hearing:<br>Date: November 28, 2017<br>Time: 1:30 pm<br>Location: Courtroom 3099<br>         U.S. Bankruptcy Court<br>         280 South 1st Street<br>         San Jose, CA 95113<br><br>Action Filed: July 27, 2017<br>No Trial Date Set<br>Initial Status Conf. Set For Sept. 28, 2017<br>Continued Status Conf. Set For Nov. 15, 2017 |

TO DEBTOR, CHAPTER 7 TRUSTEE, US TRUSTEE, AND THEIR ATTORNEYS OF RECORD:

    Petitioner Veros Credit, LLC ("Plaintiff" or "Movant") will and hereby does move ("Motion") this Court for an Order to Impose Entry of Judgment Against Defendant Lorena Mejia ("Defendant") for

---
**NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT IN ADVERSARY PROCEEDING**
-1-

Failure to Appear at Status Conference under Bankruptcy Rule OF Civil Procedure 7016(b) and Local Bankruptcy Rule 7016-1.

The Motion is based on its own content, the documents already filed in this Bankruptcy Case, and evidence and oral argument presented at the Hearing.

The grounds for this Motion are including but not limited to: The Defendant failed to appear at the initial Status Conference set for September 28, 2017 at 1:30 pm in this Court as mandated by the Court's Scheduling Order. At that hearing, the Court requested that Plaintiff file this Motion to request the Court to enter a judgment against Defendant in this Adversary Proceeding based on her failure to appear at the Status Conference under Bankruptcy Rule OF Civil Procedure 7016(b) and Local Bankruptcy Rule 7016-1. *Coyne Elec. Contr., Inc. v. Bank Leumi USA ( In re Coyne Elec. Contrs., Inc.)* (Bankr. S.D.N.Y. Mar. 11, 1999), 231 BR 204 (court has authority to enter judgment for a party's failure to comply with a scheduling order under FRBP 7016); *GM Co. v. Heraud* (Bankr. E.D. Mich. Aug. 20, 2009), 410 BR 569; *Carter v. Brooms (In re Brooms)* (B.A.P. 9th Cir. Jan. 18, 2011), 447 BR 258, *aff'd*, (9th Cir. May 23, 2013), 520 Fed Appx 569 (judgment entered against party that willfully disregarded court's orders).

Based on the foregoing, Plaintiff requests that Court enter judgment in favor of Plaintiff in the amounts and damages prayed for in the Complaint against Defendant as follows:

1. General Damages of $59,593.04 in favor of Plaintiff and that these damages are not dischargeable in Defendant's Bankruptcy Case under 11 U.S.C. Section 523(a)(2)(A) and 11 U.S.C. Section 523(a)(6).

2. For an award of pre-judgment and post-judgment interest as permitted by federal and California law on the judgment for the General Damages of $59,593.04 requested above and that this award is not dischargeable in Defendant's Bankruptcy Case under 11 U.S.C. Section 523(a)(2)(A) and 11 U.S.C. Section 523(a)(6).

3. For a hearing to provide evidence to obtain Court approval of the attorney's fees and costs incurred in bringing the underlying Superior Court against Defendant and in this lawsuit against Defendant and that these fees and costs are not dischargeable in Defendant's Bankruptcy Case under 11 U.S.C. Section 523(a)(2)(A) and 11 U.S.C. Section 523(a)(6).

4. For a hearing to prove up special damages and punitive damages and any judgment by this Court for such damages are not dischargeable in Defendant's Bankruptcy Case under 11 U.S.C. Section 523(a)(2)(A) and 11 U.S.C. Section 523(a)(6).

Respectfully submitted on this 31st day of October, 2017 by:

    MADISON HARBOR, ALC

    */s/ Dixon Gardner*
    Dixon Gardner,
    Attorneys for Plaintiff

Dixon L. Gardner, Esq. (SBN 213119)
dgardner@madisonharbor.com
**MADISON HAROR, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: 949-756-9050
Facsimile: 949-756-9060

Attorneys for Creditor/Plaintiff Veros Credit, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 17-50985-SLJ-7 |
| LORENA REYES MEJIA, | Chapter: 7 |
| Debtor. | Adversary Proceeding No. 17-05063<br>R.S. No.: DLG-1 |
| | Assigned to Hon. Stephen L. Johnson |
| VEROS CREDIT, LLC, a Nevada Limited Liability Company, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| LORENA MEJIA, an individual and the Debtor herein; and Does 1 – 20; | |
| Defendants. | |

I, the undersigned, declare that I am employed in the County of Orange. I am over the age of 18 years and not a party to the within entitled action. My business address is 17702 Mitchell North, Irvine, CA 92614.

On October 31, 2017, I served the within: Notice of Motion and Motion to Impose Entry of Judgment against Defendant for Failure to Appear at Status Conference under Federal Bankruptcy Rule of Procedure

Case: 17-05063    Doc# 8    Filed: 10/31/17    Entered: 10/31/17 12:37:34    Page 4 of 5

7016(b) and Local Bankruptcy Rule 7016-1 in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

Lorena Mejia Reyes
1298 Palm Street, Apt. C
San Jose, CA 95110

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on October 31, 2017 at Irvine, California.

*Caitlynn Q. Luu*

MADISON HARBOR, ALC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 - Fax (949) 756-9060